UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STEVEN WILLIAMS,<br><br>  Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>  Defendant. | Civil No.  3:10-CV-05627-RBL-JRC<br><br>ORDER AMENDING THE SCHEDULING ORDER |

Based on the motion by Defendant and with no objection from Plaintiff, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall file a response to Plaintiff's Opening Brief on or before February 10, 2011;

- Plaintiff shall file the optional Reply Brief on or before February 24, 2011; and

- Oral argument, if desired, shall be requested by March 3, 2011.

DATED this 11th day of January 2011.

_____
J. Richard Creatura
United States Magistrate Judge

Page 1        ORDER - [3:10-CV-05627-RBL-JRC]