United States Magistrate Judge J Richard Creatura

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STEVEN E WILLIAMS, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant. ) | CIVIL NO.  3:10-cv-05627-RBL-JRC <br><br> ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S REPLY BRIEF |

Based on Plaintiff's Stipulation for Extension of Time and the agreement of the parties, it is now, hereby,

ORDERED that Plaintiff's Reply Brief shall be filed on or before March 11, 2011; and

Oral argument, if desired, shall be requested by March 18, 2011.

DATED this 3rd day of March, 2011.

J. Richard Creatura
United States Magistrate Judge

ORDER FOR EXTENSION OF TIME
TO FILE PLAINTIFF'S  BRIEF- [C10-5627 RBL] - 1