1                     UNITED STATES DISTRICT JUDGE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STEVEN E. WILLIAMS, ) | |
| ) | CIVIL NO. 3:10-cv-05627-RBL-JRC |
| Plaintiff, ) | |
| ) | ~~PROPOSED~~ ORDER FOR |
| vs. ) | EAJA FEES, COSTS, AND EXPENSES |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

Based upon Plaintiff's Motion for EAJA Fees, Costs, and Expenses, it is hereby ORDERED that attorney's fees in the total amount of $4,873.48 and expenses in the amount of $32.92 (for postage and fax charges) pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and costs in the amount of $19.40 (for photocopies) pursuant to 28 U.S.C. § 1920; 31 U.S.C. § 1304(a), shall:

1. Be awarded to Plaintiff pursuant to <u>Astrue v. Ratliff</u>, __ U.S. __ (2010), 130 S.Ct. 2521 (2010) and delivered via check to Plaintiff's counsel, Elie Halpern, at Mr. Halpern's office at Elie Halpern & Associates, PLLC, 1800 Cooper Pt. Road SW, Bldg. 19, Olympia, WA 98502 however,

2. If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees, expenses, and costs are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees, expenses, and costs shall be made payable to Plaintiff's attorney, Elie Halpern, and delivered via check to Mr. Halpern's office at Elie Halpern &

PROPOSED ORDER FOR EAJA FEES, COSTS, AND EXPENSES –
[Case No.: 3:10-cv-05627-RBL-JRC] - 1

Elie Halpern & Associates, PLLC
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055, Fax: (360) 753-8584
ehalpern@aol.com

1
2   Associates, PLLC, 1800 Cooper Pt. Road SW, Bldg. 19, Olympia, WA 98502.
3
4   DATED this ___7th___ day of __September__ 2011.

5                                              _____
                                                RONALD B LEIGHTON
6                                               United States District Judge
    Presented by:
7

8   S/ELIE HALPERN
    ELIE HALPERN, WSBA #1519
9   Attorney for Plaintiff

10

11

12

---

PROPOSED ORDER FOR EAJA FEES, COSTS, AND EXPENSES –    Elie Halpern & Associates, PLLC
[Case No.: 3:10-cv-05627-RBL-JRC] - 2                  1800 Cooper Pt. Road SW, Bldg. 19
                                                       Olympia, WA 98502
                                                       (360) 753-8055, Fax: (360) 753-8584
                                                       ehalpern@aol.com